| | |
|---|---|
| 1 | HENKLEONARD |
| | ROBERT P. HENK (SBN 147490) |
| 2 | SHERI L. LEONARD (SBN 173544) |
| | 2260 Douglas Boulevard, Suite 200 |
| 3 | Roseville, CA 95661 |
| | Telephone: (916) 787-4544 |
| 4 | Facsimile: (916) 787-4530 |
| | Email: henkleonard@aol.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | KEITH HAMBRIGHT |
| | |
| 7 | JACKSON LEWIS P.C. |
| | DALE R. KUYKENDALL (SBN 148833) |
| 8 | SIERRA VIERRA (SBN 307874) |
| | 400 Capitol Mall, Suite 1600 |
| 9 | Sacramento, California 95814 |
| | Telephone: (916) 341-0404 |
| 10 | Facsimile: (916) 341-0141 |
| | Email: kuykendd@jacksonlewis.com |
| 11 | sierra.vierra@jacksonlewis.com |
| | |
| 12 | Attorneys for Defendant |
| | BALFOUR BEATTY COMMUNITIES, LLC |
| 13 | (erroneously sued as BALFOUR BEATTY |
| | MILITARY HOUSING INVESTMENTS, LLC) |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HAMBRIGHT, | CASE NO. 2:17-CV-02229-TLN-CMK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT BALFOUR BEATTY COMMUNITIES, LLC'S MOTION TO DISMISS PLAINTIFF'S UNVERIFIED COMPLAINT FOR DAMAGES** |
| v. | |
| BALFOUR BEATTY MILITARY HOUSING INVESTMENTS, LLC, and DOES 1 through 5, inclusive, | |
| Defendants. | [Fed. R. Civ. Proc., Rule 12(b)(6)] |
| | Date: **November 30, 2017** |
| | Time: **2:00 p.m.** |
| | Courtroom: **2, 15th Floor** |

The Parties' Stipulation to Continue the Hearing Date on Defendant Balfour Beatty Communities, LLC's Motion to Dismiss Plaintiff's Unverified Complaint for Damages from 2:00 p.m. on November 30, 2017 to 2:00 p.m. on January 11, 2018 is GRANTED. The hearing

///

1

previously scheduled for 2:00 p.m. on November 30, 2017 is RESCHEDULED for 2:00 p.m. on January 11, 2018.

IT IS SO ORDERED.

Dated: November 8, 2017

Troy L. Nunley
United States District Judge